**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK JEROME MORMAN, | ) Case No. CV 16-1437-BRO (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| DIRECTOR OF CORRECTIONS AND REHABILITATION, | ) |
| Respondent. | ) |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 9, 2017

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE